# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                      CASE NO.  25-CR-20055-DDC-TJJ
                                      FILED UNDER SEAL

**BROOKE HALLER,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A CONTROLLED SUBSTANCE BY DECEPTION AND SUBTERFUGE**
**[21 U.S.C. § 843(a)(3) and (d)]**

On or about March 21, 2024, in the District of Kansas, the defendant,

**BROOKE HALLER,**

knowingly and intentionally acquired and obtained possession of Percocet, a controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and (d).

## COUNT 2

**POSSESSION OF A CONTROLLED SUBSTANCE BY DECEPTION AND SUBTERFUGE**
[21 U.S.C. § 843(a)(3) and (d)]

On or about July 25, 2024, in the District of Kansas, the defendant,

**BROOKE HALLER,**

knowingly and intentionally acquired and obtained possession of Oxycodone, a controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and (d).

## COUNT 3

**POSSESSION OF A CONTROLLED SUBSTANCE BY DECEPTION AND SUBTERFUGE**
[21 U.S.C. § 843(a)(3) and (d)]

On or about September 25, 2024, in the District of Kansas, the defendant,

**BROOKE HALLER,**

knowingly and intentionally acquired and obtained possession of Oxycodone, a controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and (d).

## COUNT 4

**POSSESSION OF A CONTROLLED SUBSTANCE BY DECEPTION AND SUBTERFUGE**
[21 U.S.C. § 843(a)(3) and (d)]

On or about October 15, 2024, in the District of Kansas, the defendant,

**BROOKE HALLER,**

knowingly and intentionally acquired and obtained possession of Oxycodone, a controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and (d).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

## CONTROLLED SUBSTANCES VIOLATIONS

2. Upon conviction of one or more of the offenses set forth in Counts 1-4, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

   A. Kansas State Board of Nursing License number 13-113997-041.

A TRUE BILL.

July 2, 2025                     *s/Foreperson*
DATE                             FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: */s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1-4:  21 U.S.C. § 843(a)(3) and (d), Possession of a Controlled Substance by Deception and Subterfuge**

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d)(1).

- A term of supervised release of not more than one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

5